1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  This Document Relates to:                )
                                             )
13  *Donald Whitman, et al. v. Pfizer Inc*   )   **MDL NO. 1699**
    **(06-1350 CRB)**                        )   **District Judge: Charles R. Breyer**
14                                           )
    *Mildred Hance v. Pfizer Inc, et al.*    )
15  **(06-1718 CRB)**                        )
                                             )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )   **STIPULATION AND ORDER OF**
    **(06-2621 CRB)**                        )   **DISMISSAL WITH PREJUDICE**
17                                           )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                           )
    **(06-2649 CRB)**                        )
19                                           )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                           )
    **(06-2658 CRB)**                        )
21                                           )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                           )
    **(06-2660 CRB)**                        )
23                                           )
    *Ronny Maria Sanders, et al. v. Pfizer Inc* )
24  **(06-2681 CRB)**                        )
                                             )
25  *Lori Sargent et al. v. Pfizer Inc*      )
    **(06-3675 CRB)**                        )
26                                           )
    *James Hall, et al. v. Pfizer Inc*       )
27  **(06-3676 CRB)**                        )
                                             )
28  *John Hayhurst v. Pfizer Inc, et al.*    )

                                     -1-

            **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EASTW2581180.1

1    (06-3758 CRB)                    )

2    *Bill Casillas, et al. v. Pfizer Inc, et al.*    )
      (06-3958 CRB)                    )
3

4    *Patricia Knudsen v. Pfizer Inc, et al.*    )
      (06-4043 CRB)                    )

5    *Betty Moncrief, et al. v. Pfizer Inc, et al .*    )
      (06-4100 CRB)                    )
6

7    *Annette Edelen, et al. v. Pfizer Inc, et al.*    )
      (06-4147 CRB)                    )

8    *Debbie Mitchell v. Pfizer Inc, et al.*    )
      (06-4296 CRB)                    )
9

10    *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*    )
      (06-4362 CRB)                    )

11    *Demetrio Rubio v. Pfizer Inc, et al.*    )
      (06-4449 CRB)                    )
12

13    *Earlene McBride, et al. v. Pfizer Inc, et al.*    )
      (06-4462 CRB)                    )

14    *Louis Walkingstick, et al. v. Pfizer Inc, et al.*    )
      (6-4463 CRB)                    )
15

16    *Virginia Thorne v. Pfizer Inc, et al.*    )
      (06-4464 CRB)                    )

17    *Rojelio Longoria, et al. v. Pfizer Inc, et al.*    )
      (06-4586 CRB)                    )
18

19    *Annie White, et al. v. Pfizer Inc, et al.*    )
      (06-4678 CRB)                    )

20    *Martha Stevens, et al. v. Pfizer Inc, et al.*    )
      (06-4920 CRB)                    )
21

22    *Janette Smith v. Pfizer Inc, et al.*    )
      (06-4977 CRB)                    )

23    *Roselie Atkins, et al. v. Pfizer Inc, et al.*    )
      (06-5272 CRB)                    )
24

25    *Dawna Garza v. Pfizer Inc, et al.*    )
      (06-5416 CRB)                    )

26    *Ralph Adams, et al. v. Pfizer Inc, et al.*    )
      (06-5591 CRB)                    )
27

28    *Albert Leong v. Pfizer Inc, et al.*    )
      (06-5666 CRB)                    )

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1

| | |
|---|---|
| *Catherine Connolly, et al. v. Pfizer Inc, et al.*<br>(06-5738 CRB) | ) |
| *Randy Masker, et al. v. Pfizer Inc, et al.*<br>(06-5739 CRB) | ) |
| *Charlie Rhome, et al. v. Pfizer Inc, et al.*<br>(06-5740 CRB) | ) |
| *Paulette Balda, et al. v. Pfizer Inc, et al.*<br>(06-5765 CRB) | ) |
| *William Halpin, et al. v. Pfizer Inc, et al.*<br>(06-5777 CRB) | ) |
| *Patricia Howard, et al. v. Pfizer Inc, et al.*<br>(06-5916 CRB) | ) |
| *Alice Ryan, et al. v. Pfizer, Inc, et al.*<br>(06-5917 CRB) | ) |
| *William Coleman, et al. v. Pfizer Inc, et al.*<br>(06-5918 CRB) | ) |
| *Monica Mittag, et al. v. Pfizer Inc, et al.*<br>(06-5919 CRB) | ) |
| *Cynthia Smith, et al. v. Pfizer Inc, et al.*<br>(06-5963 CRB) | ) |
| *John Roof v. Pfizer Inc, et al.*<br>(06-5964 CRB) | ) |
| *Lynda Jack, et al. v. Pfizer Inc, et al.*<br>(06-5965 CRB) | ) |
| *Ernest Grant v. Pfizer Inc, et al.*<br>(06-5970 CRB) | ) |
| *Alice L. Pettit, et al. v. Pfizer Inc, et al.*<br>(06-5973 CRB) | ) |
| *Wade Smith, et al. v. Pfizer Inc, et al.*<br>(06-5975 CRB) | ) |
| *Richard Gilmore, et al. v. Pfizer Inc, et al.*<br>(06-5977 CRB) | ) |
| *Sergio Estrada v. Pfizer Inc, et al.*<br>(06-5978 CRB) | ) |
| *John Vallee, et al. v. Pfizer Inc, et al.*<br>(06-5981 CRB) | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\25811180.1

| | | |
|---|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.* <br> (06-5983 CRB) | ) |
| 2 | | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* <br> (06-6058 CRB) | ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* <br> (06-6059 CRB) | ) |
| 5 | | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.* <br> (06-6060 CRB) | ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* <br> (06-6061 CRB) | ) |
| 8 | | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* <br> (06-6062 CRB) | ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* <br> (06-6064 CRB) | ) |
| 11 | | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* <br> (06-6065 CRB) | ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.* <br> (06-6066 CRB) | ) |
| 14 | | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.* <br> (06-6067 CRB) | ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* <br> (06-6068 CRB) | ) |
| 17 | | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.* <br> (06-6070 CRB) | ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* <br> (06-6071 CRB) | ) |
| 20 | | ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* <br> (06-6073 CRB) | ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* <br> (06-6075 CRB) | ) |
| 23 | | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* <br> (06-6083 CRB) | ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* <br> (06-6084 CRB) | ) |
| 26 | | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* <br> (06-6087 CRB) | ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* | ) |

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2581180.1

1   (06-6088 CRB)                                    )
                                                     )
2   *Lynn Hodges, et al. v. Pfizer Inc, et al.*      )
    (06-6089 CRB)                                    )
3                                                    )
    *Willie Vaughn v. Pfizer Inc, et al.*            )
4   (06-6092 CRB)                                    )
                                                     )
5   *Pauline Swihart, et al. v. Pfizer Inc, et al.*  )
    (06-6093 CRB)                                    )
6                                                    )
    *Douglas Horton v. Pfizer Inc, et al.*           )
7   (06-6094 CRB)                                    )
                                                     )
8   *June N. Bell v. Pfizer Inc, et al.*             )
    (06-6095 CRB)                                    )
9                                                    )
    *Jerry Rice, et al. v. Pfizer Inc, et al.*       )
10  (06-6096 CRB)                                    )
                                                     )
11  *Stephen Bryan, et al. v. Pfizer Inc, et al.*    )
    (06-6097 CRB)                                    )
12                                                   )
    *Steven Woods, et al. v. Pfizer Inc, et al.*     )
13  (06-6098 CRB)                                    )
                                                     )
14  *Brad Lovitt, et al. v. Pfizer Inc, et al.*      )
    (06-6116 CRB)                                    )
15                                                   )
    *April Froehlich, et al. v. Pfizer Inc, et al.*  )
16  (06-6117 CRB)                                    )

17          Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20  each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

                                                -5-

DATED: 10-29, 2009        By: _____

WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009       By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

_____
Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/112560v.1

EAST\42581180.1